470 A.2d 1038

Commonwealth v. Africa, Appellant.

Submitted June 22, 1983. James J. Phelan, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.